IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSALYN WHITE-YELDELL, ET AL., on behalf of themselves and all others similarly situated, | § § § § | Civil Action No. 4:08-cv-3743 |
| Plaintiffs, | § § | |
| v. | § § | COLLECTIVE ACTION (JURY TRIAL) |
| LENNAR CORPORATION and LENNAR HOMES OF TX L&C, LTD. | § § § | |
| Defendants. | § | |

## JOINT REQUEST FOR APPROVAL OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Rosalyn White-Yeldell, Eric Adams, Winona Smith, Marlon Carter, Ronald Banks, Lindsay Horne, Versie McAdams-Fields, Rudolph Lopez, Kristine Nelson, Victor Villarreal, Carlos Roldan, Velencia Wallace, Kevin Jones, Jessie Rodriguez, Scott Head, Evan Pontikes, Jason Whitaker, Kayon Wyatt, Tipton Hamilton, John Shockley, III, Ann Valunas, Salvador Chevez, and Clayton Fisher (collectively, "Plaintiffs") and Defendants Lennar Corporation and Lennar Homes of L&C, Ltd. (collectively, "Defendants") (referred hereafter jointly as "the Parties") have settled Plaintiffs' claims against Defendants on a confidential basis. The claims asserted by Plaintiffs in this matter arise under the Fair Labor Standards Act ("FLSA"); Defendants deny Plaintiffs' claims, and Plaintiffs agree that Defendants have made no admission of liability and no Party has prevailed on the merits. The Parties respectfully move for the Court's approval of the settlement in the form of an agreed order, and in support of this request show the following:

1.     The Parties have agreed that as a condition of settlement, the terms of the settlement will be kept confidential. Accordingly, along with a courtesy copy of this motion and attached proposed Order, the Parties are submitting to the Court for an *in camera* inspection a copy of the Plaintiffs' confidential settlement agreement with Defendants ("the Settlement Agreement"). The Parties jointly request that the Court keep the terms of the Settlement Agreement confidential and the Settlement Agreement itself, and the parties respectfully request that the Settlement Agreement not be included in the documents and papers filed in this matter. After the agreements have been reviewed in camera, the parties respectfully request that they be returned to Defendants' counsel, Ted D. Meyer, at Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002, phone 832-239-3939; upon request from the Court, Jones Day will make arrangements to pick up the Settlement Agreement at the Court's convenience.

2.     Plaintiffs entered into the Settlement Agreement voluntarily and knowingly, and each understands fully that he/she is relinquishing his/her claims in this matter in exchange for the agreed upon settlement. The Parties agree that the terms of the Settlement Agreement are reasonable, fair and just, and they settle all claims in this lawsuit.

3.     The Parties agree that this Court shall retain jurisdiction over this action for the limited purposes of enforcing the payment of the settlement funds as set forth in the Settlement Agreement, after which the parties will jointly seek to dismiss this lawsuit in its entirety with prejudice.

Accordingly, the Parties respectfully request that the Court enter an Order approving the settlement of this matter, and maintaining its confidentiality, and the parties shall submit the settlement to the Court in person for in camera inspection.

Respectfully submitted,

        *s/ Rhonda H. Wills*_____
        Rhonda H. Wills
        Attorney-in-Charge
        State Bar No. 00791943
        Southern District ID No. 20699
        WILLS LAW FIRM
        2700 Post Oak Blvd., Suite 1350
        Houston, Texas 77056
        Telephone: (713) 528-4455
        Facsimile: (713) 528-2047

        **ATTORNEY FOR PLAINTIFFS**

        -AND-

        *s/ Ted D. Meyer*_____
        Ted D. Meyer
        Attorney-in-Charge
        State Bar No. 13997500
        Southern District I.D. No. 10630
        JONES DAY
        717 Texas Ave., Suite 3300
        Houston, Texas 77002
        Telephone: 832-239-3939
        Facsimile: 832-239-3600
        ATTORNEYS FOR DEFENDANTS
        *Lennar Homes of Texas L&C, Ltd. and*
        *Lennar Corporation*

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to all counsel of record, on this **May 15, 2009**, including to Plaintiffs' counsel:

> Rhonda H. Wills
> WILLS LAW FIRM
> 2700 Post Oak Blvd., Suite 1350
> Houston, Texas  77056
>
> */s/ Ted D. Meyer*
> Ted D. Meyer